UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TAMIKA GRANT,

    Plaintiff,

Case No. 17-cv-12819
Hon. Matthew F. Leitman

v.

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

_____/

# ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR ATTORNEY FEES AND COSTS (ECF #20)

In this action, Plaintiff Tamika Grant challenged the denial of her applications for disability insurance benefits and supplemental security income benefits under the Social Security Act. (*See* Compl., ECF #1.) On September 20, 2018, the Court entered an Opinion and Order that, among other things, granted in part Grant's motion for summary judgment and remanded this action to the Commissioner of Social Security for further proceedings. (*See* Op. and Order, ECF #19.)

Grant has now filed a motion for attorney fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. (*See* Mot., ECF #19.) Specifically, Grant seeks $812.50 in attorney fees and $400.00 in court costs. (*See id.* at Pg. ID 1041.) Defendant does not oppose Grant's request. (*See id.*) The Court therefore **GRANTS**

1

the motion. Defendant shall pay Grant $812.50 in attorney fees and $400.00 in court costs as described in Grant's motion.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: February 5, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 5, 2019, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764